FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 25, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ERIC A. EAGLETON,<br><br>        Defendant. | Case No.: 2:22-MJ-00127-JAG<br><br>Order Granting Motion To Seal the Criminal Complaint, Affidavit, and its Attachments and the Motion and Order to Seal |

IT IS HEREBY ORDERED that the Criminal Complaint, Attachments, Motion and Order to Seal, and Affidavit to the Complaint are sealed, pursuant to Federal Criminal Procedure Rule 41.1(d), until further order of the Court or until the Defendant's arrest, whichever comes first.

DATED this 25th day of April, 2022.

_____
James A. Goeke
United States Magistrate Judge