# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v. ERIC A. EAGLETON**       Case No. 2:22-MJ-127-JAG-1

**Initial Appearance on Complaint:**      04/26/2022

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Patrick Cashman, US Atty |
| ☒ | Patrick J. Dennis, US Probation / Pretrial Services Officer | ☒ | Mark Prothero, Defense Atty |
| ☒ | Defendant present ☒ in custody USM | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | USA motion for detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of Complaint |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of Complaint |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Complaint read in open court |
| ☐ | PRE-Trial Services Report ordered | ☒ | Supplemental Pre-Trial Services Report ordered |

## REMARKS

    Defendant appeared, in custody, with counsel, and acknowledged to the Court that his true and correct name is ERIC A. EAGLETON.

    Defendant was advised of his rights and the allegations contained in the Complaint.

    A denial of the allegations in the Complaint was entered on behalf of Defendant.

    Based on information provided in the Financial Affidavit, the Court appointed counsel from the CJA Panel, David Miller, to represent Defendant in this matter.

    Government has filed a motion for detention.

    Defendant requested a detention hearing bet set on May 2, 2022, recognizing that date is beyond the three-day requirement for detention hearings. Defendant also requested a preliminary hearing be set.

**The Court ordered:**
1. Discovery to be provided according to Local Rules on discovery.
2. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order (Government has standing objection to language as overbroad).
3. Detention hearing set on May 2, 2022, at 1:30 p.m.
4. Supplemental Pretrial Services Report ordered.
5. Preliminary and Status hearings set on May 5, 2022, at 1:30 p.m.
6. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| **Detention Hrg:**<br>05/02/2022<br>@ 1:30 p.m. [S/JAG] | **Preliminary Hrg:**<br>05/05/2022<br>@ 1:30 p.m. [S/JAG] | **Status Hrg:**<br>05/05/2022<br>@ 1:30 p.m. [S/JAG] |
|---|---|---|